UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. 19-cv-80196-BLOOM/Reinhart

MARTIN E. O'BOYLE, *et al.*,

    Plaintiffs,

v.

TOWN OF GULFSTREAM, *et al.*,

    Defendants.

_____/

**UNOPPOSED MOTION FOR SUBSTITUTION OF COUNSEL FOR PLAINTIFFS**

Plaintiffs Martin E. O'Boyle, Jonathan R. O'Boyle, William Ring, Commerce Group, Inc. and Commerce GP, Inc. move for an order substituting L. Martin Reeder, Jr., and the law firm of Atherton Galardi Mullen & Reeder PA and Charles D. Tobin and the law firm of Ballard Spahr LLP for Enrique D. Arana, Jason P. Kairalla, Justin S. Wales, and Richard J. Ovelmen[1] of Carlton Fields, P.A. as counsel for Plaintiffs in this action, relieving Mr. Arana, Mr. Kairalla, Mr. Wales, Mr. Ovelmen and Carlton Fields, P.A. from all further responsibility as counsel, and directing the Clerk to withdraw the appearances of Mr. Arana, Mr. Kairalla, Mr. Wales, and Mr. Ovelmen as counsel for Plaintiffs.

Plaintiffs have requested and approve this substitution of counsel, and Enrique D. Arana, Jason P. Kairalla, and Justin S. Wales of Carlton Fields, P.A. do not oppose this substitution. The undersigned has conferred with counsel for Defendants, who have no objection to the substitution.

---

[1] Mr. Ovelmen appeared as counsel on behalf of Plaintiffs in this action. Sadly, Mr. Ovelmen passed away unexpectedly in January 2020.

**RULE 7.1(a)(3) CERTIFICATION**

Pursuant to Southern District of Florida Local Rule 7.1(a)(3), I hereby certify that Defendants Town of Gulf Stream and Wantman Group, Inc., have indicated they have no objection to the relief sought herein.

Dated: April 9, 2020

**ATHERTON GALARDI MULLEN & REEDER PA**
224 Datura Street, Suite 815
West Palm Beach, FL 33401
Phone: (561) 293-2530
Fax: (561) 293-2593

By: */s/ Martin Reeder*
L. Martin Reeder, Jr.
Florida Bar No. 308684
E-mail: martin@athertonlg.com

**BALLARD SPAHR LLP**
1909 K Street, NW, 12th Floor
Washington, DC 20006-1157
Tel.: (202) 661-2218

By: */s/ Charles D. Tobin*
Charles D. Tobin
Florida Bar No. 816345
Email: tobinc@ballardspahr.com

**CARLTON FIELDS, P.A.**
100 SE Second Street, Suite 4200
Miami, Florida 33131-2803
Phone: (305) 530-0050
Fax: (305) 530-0055

By: */s/ Enrique D. Arana*
Enrique D. Arana (FBN 189316)
Jason P. Kairalla (FBN 594601)
Justin S. Wales (FBN 99212)
earana@carltonfields.com
jkairalla@carltonfields.com
jwales@carltonfields.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 9, 2020 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the below Service List via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

By: /s/ *Martin Reeder*
L. Martin Reeder, Jr.
Florida Bar No. 308684

## SERVICE LIST

Enrique Daniel Arana
Jason Patrick Kairalla
Justin Samuel Wales
CARLTON FIELDS, P.A.
Miami Tower
100 S.E. Second Street, Suite 4200
Miami, FL 33131-2113
Tel.: 305-347-6876
Fax: 305-530-0055
Email: earana@carltonfields.com
Email: jkairalla@carltonfields.com
Email: jwales@carltonfields.com
*Counsel for Plaintiffs, Martin E. O'Boyle, Jonathan R. O'Boyle, William Ring, Commerce Group, Inc. and Commerce GP, Inc.*

Hudson Carter Gill
Jeffrey Lawrence Hochman
JOHNSON, ANSELMO, MURDOCH,
BURKE, PIPER & HOCHMAN, PA
2455 E. Sunrise Boulevard
Suite 1000
Fort Lauderdale, FL 33304
954-463-0100
Fax: 954-463-2444
Email: hgill@jambg.com
Email: Hochman@jambg.com
*Counsel for Defendant, Town of Gulf Stream*

Robert F. Tacher
LAW OFFICE PETERSON BERNARD
707 SE 3rd Avenue, 5th Floor
Fort Lauderdale, FL 33309
Tel.: 954-763-3200
Fax: 954-728-9019
Email: rtacher@ftl-law.com
*Counsel for Defendant, Wantman Group, Inc.*