UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. 19-cv-80196-BLOOM/Reinhart

MARTIN E. O'BOYLE, *et al.*,

    Plaintiffs,

v.

TOWN OF GULFSTREAM, *et al.*,

    Defendants.
_____/

## [PROPOSED] ORDER ON UNOPPOSED MOTION FOR SUBSTITUTION OF COUNSEL FOR PLAINTIFFS

THIS CAUSE having come before the Court on the Unopposed Motion for Substitution of Counsel for Plaintiffs, and this Court having considered the Motion, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. L. Martin Reeder, Jr. and the law firm of Atherton Galardi Mullen & Reeder PA, and Charles D. Tobin and the law firm of Ballard Spahr LLP shall be substituted for Enrique D. Arana, Jason P. Kairalla, Justin S. Wales, the late Richard J. Ovelmen and the law firm of Carlton Fields, P.A. as counsel of record for the Plaintiffs in this action. Mr. Arana, Mr. Kairalla, Mr. Wales, the late Mr. Ovelmen, and Carlton Fields, P.A. shall be relieved from all further responsibility as counsel. The Clerk of the Court shall withdraw the appearances of Mr. Arana, Mr. Kairalla, Mr. Wales, Mr. Ovelmen, and the law firm of Carlton Fields, P.A. as counsel for Plaintiffs.

DONE AND ORDERED in Chambers in Miami, Florida, this ___ day of April, 2020.

                                                                Beth Bloom
                                                                United States District Judge

Copies furnished to: All Counsel of Record