**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

**CASE NO**. 19-80196-CIV-CANNON/Reinhart

**MARTIN E. O'BOYLE**,
**JONATHAN O'BOYLE**, and
**WILLIAM RING**,

      Plaintiffs,

v.

**TOWN OF GULF STREAM**,

      Defendant.

_____/

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on Defendant's Motion for Summary Judgment [ECF No. 127] and Plaintiffs' Motion for Summary Judgment [ECF No. 130]. The Court granted summary judgment in favor of Defendant in a separate order [ECF No. 180], which is to be considered in combination with the Court's Order Denying Motions for Summary Judgment [ECF No. 176] and the parties' Joint Stipulation and Request for Final Order [ECF No. 177]. In accordance with Federal Rule of Civil Procedure 58, the Court hereby

**ORDERS AND ADJUDGES** as follows:

1. Judgment is entered in favor of Defendant Town of Gulf Stream and against Plaintiffs Martin O'Boyle, Jonathan O'Boyle, and William Ring.

2. The Clerk of Court is directed to **CLOSE** this case. Any pending motions are **DENIED AS MOOT**.

CASE NO. 19-80196-CIV-CANNON/Hunt

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 17th day of February 2022.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record

2