UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 19-80196-CIV-CANNON/Reinhart

**MARTIN E. O'BOYLE,**
**JONATHAN O'BOYLE**, and
**WILLIAM RING**,

 Plaintiffs,
v.

**TOWN OF GULF STREAM**,

 Defendant.
_____/

**ORDER ACCEPTING MAGISTRATE JUDGE'S**
**REPORT AND RECOMMENDATIONS**

  **THIS CAUSE** is before the Court upon the Report ("R&R") of Magistrate Judge Bruce E. Reinhart recommending that Defendant's Unopposed Motion to Tax Costs [ECF No. 182] be granted [ECF No. 184]. On March 5, 2022, the Court referred the Bill of Taxable Costs to Magistrate Judge Bruce E. Reinhart for a Report and Recommendation [ECF No. 183]. On March 8, 2022, Judge Reinhart issued the instant R&R, recommending that the proposed taxable costs be granted [ECF No. 184]. The R&R states that the parties shall file any objections within fourteen days of the date of service of the R&R [ECF No. 184 pp. 1–2]. No party has filed objections.

  The Court has conducted a *de novo* review of the R&R and the record in this case and is otherwise fully advised in the premises. *See Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)). Upon review, the Court finds the R&R to be correct. The Court therefore agrees with the analysis in the R&R and concludes that the Bill of Taxable Costs should be **GRANTED** for the reasons set forth therein.

CASE NO. 19-80196-CIV-CANNON/Reinhart

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. The R&R [ECF No. 184] is **ACCEPTED**.

2. Defendant's Unopposed Motion to Tax Costs [ECF No. 182] is **GRANTED**.

3. Defendant shall recover $12,714.33 in costs.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 11th day of April 2022.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:  counsel of record